**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KWASI MCKINNEY**                                                                  **PETITIONER**
**ADC #137065**

**V.**                                    **No. 4:25-cv-01212-JM-ERE**

**DEXTER PAYNE,**
**Director, Arkansas Division Correction**                                    **RESPONDENT**

## ORDER

The Court has received the Recommended Disposition ("RD") submitted by United States Magistrate Judge Edie R, Ervin.  No objections have been filed, and the time for doing so has passed. After careful review, the Court adopts the RD in all respects. The petition is DISMISSED without prejudice, and a certificate of appealability will not be issued. Judgment will be entered accordingly.

IT IS SO ORDERED this 6th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE