**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KWASI MCKINNEY**                                                      **PETITIONER**
**ADC #137065**

**V.**                                **No. 4:25-cv-01212-JM-ERE**

**DEXTER PAYNE,**
**Director, Arkansas Division Correction**                             **RESPONDENT**

## JUDGMENT

Consistent with today's Order, Petitioner's § 2254 petition is dismissed without prejudice,

and this case is closed.

IT IS SO ORDERED this 6th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE